**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BEVERLY COLEMAN, | Case No.: 2:21-cv-01333-APG-EJY |
| Plaintiff | **Order Remanding Case** |
| v. | |
| USAA CASUALTY INSURANCE COMPANY, | |
| Defendant | |

In light of defendant USAA Casualty Insurance Company's response to the order to show cause (ECF No. 7),

I ORDER that this case is remanded to the state court from which it was removed for all further proceedings.  The clerk of the court is instructed to close this case.

DATED this 22nd day of July, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE